NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7003

DEBORAH R. HARRISON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2546, Chief Judge William P. Greene, Jr.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Deborah R. Harrison moves for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Harrison's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**NOV 1 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Deborah R. Harrison
    Meredyth Cohen Havasy, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2009

JAN HORBALY
CLERK